UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED SPECIALTY INSURANCE
COMPANY,

                     Plaintiff,

              v.                                  **ORDER**
                                               18-CV-6960 (WFK) (JRC)

Z&J MANAGEMENT, LLC,
1294 PARK PLACE LLC,
1296 PARK PLACE PH LLC,
MARLY BUILDING SUPPLY CORP.,
MARLY BUILDING MATERIALS, INC.,
MARLY INDUSTRIAL CORP.,
TRIPLE C BUILDERS LLC,
NEW STYLE DEVELOPMENT INC.,
TIGRE HOME IMPROVEMENT CORP.,
ARSENAL SCAFFOLD INC.,
MANNY GUERRERO, CALIXTO LEDUC,
ANGEL PEREZ HERNANDEZ,
GLENDON JOHN, EMILIO MORALES, AND
PETER MARLEY,

                     Defendants.
------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      On February 17, 2025, the Honorable Magistrate Judge James R. Cho issued a Report and Recommendation ("R&R") recommending Plaintiff's motion for summary judgment be granted and Plaintiff's motion for default judgment be granted in part and denied in part. *See* ECF No. 126.

      Any objections to the R&R were to be filed on or before Monday, March 3, 2025. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The parties filed no objections. The Court reviews an R&R for clear error where no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and adopts the R&R in its entirety.

The Court: (1) ENTERS judgment against Defendants Z&J Management, LLC, 1294 Park Place LLC, 1296 Park Place PH LLC, Marly Building Supply Corp., Marly Building Materials, Inc., Triple C Builders LLC, Tigre Home Improvement Corp., Arsenal Scaffold Inc., Manny Guerrero, Calixto Leduc, Angel Perez Hernandez, Glendon John, Emilio Morales, and Peter Marley; (2) DECLARES Plaintiff has no duty to indemnify or defend claims arising out of the actions brought by Manny Guerrero, Calixto Leduc, Emilio Morales and Peter Marley; (3) DECLARES Plaintiff may withdraw from the defense of Z&J Management, LLC; and (4) DENIES Plaintiff's motion for default judgment against Defendants New Style Development Inc. and Marly Industrial Corp.

**SO ORDERED.**

_____s/ WFK_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2025
        Brooklyn, New York